# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand and thirteen.

Before: RICHARD C. WESLEY,
　　　　SUSAN L. CARNEY,
　　　　J. CLIFFORD WALLACE,*
　　　　　*Circuit Judges.*

---

IN RE PROSHARES TRUST SECURITIES LITIGATION
-------------------------------------

Mark Karasick, Steven S. Novick, Susan Asai, Stephen C. Herman, Charles Sankowich, Michael A. Hyman, Howard Schwack, Francisco Javier De Lion Diaz, Rene LaCroix, Anthony Kouri, Anthony Alexander, Jay Bilyeu, Judy Bilyeu, Michael Eric Codlin, Wendy Rockwell-Goff, Robert Schumacher, James Hershman, Dorothy Hershman, Scott Tessler, Richard Rhoads, Martin Gary Norris, Dorothy Lowell, Nancy Hitchins, Thomas Truong, Edward Cisneros, Chris Honcik, Stephen Shoap, Dmitri Routski, Elena Lavender-Bowen, David Bowman, David Chow, Mark Everett Brown, Jonathan Dean, Lawrence Lewis Sinsel, Jr., Kenneth L. Kramer, Lawrence I. Weiner, John E. Killough, Alan Parker, Scott A. Smeltz, Howard Schwack, Douglas Jones, Stephen Herman, on behalf of themselves and all others similarly situated, Steven Schnall, Sherri Schnall, on behalf of themselves,

　　Plaintiffs - Appellants,

　　v.

Proshares Trust, Proshare Advisors LLC, SEI Investments Distribution Co., Michael L. Sapir, Louis M. Mayberg, Russell S. Reynolds, III, Michael Wachs, Simon D. Collier, ProShares Trust II, Edward Karpowicz, William E. Seale, Charles Todd, Barry Pershkow,

　　Defendants - Appellees.

**JUDGMENT**
Docket No. 12-3981

---

　　The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

　　IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED in accordance with the opinion of this court.

　　　　　　　　　　　　　　　　For The Court:

　　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe,
　　　　　　　　　　　　　　　　Clerk of Court

---

*　The Honorable J. Clifford Wallace, of the United States Court of Appeals for the Ninth Circuit, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/20/2013